Tommy E. MARTIN, Plaintiff–Appellant,

v.

Cumulus FIBRES, Incorporated; Bill Newell, District Manager; Lee Osborne, Plant Manager, Defendants–Appellees.

No. 01–1250.

United States Court of Appeals, Fourth Circuit.

Submitted June 8, 2001.

Decided June 28, 2001.

Tommy E. Martin, pro se. Hubert Ben Humphrey, Jr., Max Daniel McGinn,

Brooks, Pierce, McLendon, Humphrey & Leonard, Greensboro, NC, for appellees.

Before WIDENER, MOTZ and TRAXLER, Circuit Judges.

PER CURIAM.

Tommy E. Martin appeals the magistrate judge's order granting defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Martin v. Cumulus Fibres, Inc.,* No. CA–00–552–3–H (W.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Charles R. Dietz, Sr., appeals the district court's order granting summary judgment for the Government in this action under the Freedom of Information Act, 5 U.S.C.A. § 552 (West 1996 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Dietz v. United States,* No. CA–00–3440–S (D.Md. Feb. 15, 2001). We deny Dietz's motion for a declaratory judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c)

(West 1993 & Supp.2000).